IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC GREENE,

     Plaintiff,                                  No. CIV.S. 11-0584 KJM GGH PS

     vs.

NEW CARVER APARTMENTS,

     Defendant.                             <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se and has filed a request to proceed in forma pauperis. A review of the court docket for the Central District of California reveals that plaintiff has filed over seventy actions in that district and that he has been ordered to show cause why he should not be declared a vexatious litigant. <u>See</u> <u>Greene v. Mens Central Jail</u>, case no. 2:11-cv-00997-UA-SS, docket no. 2 (February 18, 2011).

        The federal venue statute requires that a civil action based on diversity jurisdiction be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant is subject to personal jurisdiction at the time the action is commenced, if there is no district in which the action may otherwise be

1

1 brought." 28 U.S.C. § 1391(a).

2 In this case, plaintiff's pleading concedes that the proper venue is Los Angeles, which is in the Central District of California. Under 28 U.S.C. § 1406(a), the court may dismiss an action laying venue in the wrong district.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: March 9, 2011

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/greene0584.ifp.wpd